# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | NO. 19-cr-201(2) (PAM/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Manuel Rodrigo Acevedo, | |
| Defendant. | |

___

This matter is before the Court on Defendant Manuel Rodrigo Acevedo's non-dispositive Motion to Disclose and Make Informant Available to Interview (Dkt. No. 51). On the record before the Court, no such informant was used in this case as it relates to Defendant Acevedo.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant's Motion to Disclose and Make Informant Available to Interview [Dkt. No. 51] is DENIED.

Dated: December 9, 2019

        s/ David T. Schultz
        DAVID T. SCHULTZ
        United States Magistrate Judge